SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0091 CW |
| | ) | |
| Plaintiff, | ) | Order to Exclude Time |
| | ) | |
| v. | ) | |
| | ) | |
| PRENTICE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties

IT IS HEREBY ORDERED that the time between May 17, 2007 and May 30, 2007 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) based on the stipulation of the parties that this time is appropriate and necessary because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial, as the additional time is necessary for effective preparation.

DATED: May 21, 2007

*Claudia Wilken*

The Honorable Claudia Wilken
U.S. District Court Judge